# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**VICTOR BOWEN,** **PETITIONER**

**v.** **No. 3:17CV117-MPM-JMV**

**BRAD LANCE** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** as moot.

**SO ORDERED**, this, the 13th day of November, 2018.

    **/s/ MICHAEL P. MILLS**
    **UNITED STATES DISTRICT JUDGE**
    **NORTHERN DISTRICT OF MISSISSIPPI**